IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF MISSOURI
WESTERN DIVISION

| | | |
|---|---|---|
| LAJOH THOMAS and | ) | |
| PHYLISS TROTTER, | ) | |
| | ) | |
| Plaintiffs, | ) | |
| | ) | |
| vs. | ) | Case No. 04-0672-CV-W-GAF |
| | ) | |
| SAVE-A-LOT and | ) | |
| METRO PROTECTIVE SERVICES, | ) | |
| | ) | |
| Defendants. | ) | |

## ORDER OF DISMISSAL WITH PREJUDICE

ON THE 20th day of January, 2006, the above-captioned case came on for a Pretrial Conference, as scheduled by the Court's Scheduling and Trial Order, which was entered on February 5, 2005. Plaintiffs appeared by and through their attorney, Valencia Broadus; and separate defendant Metro Protective Services appeared by and through its attorney, Jason B. Moore of the law firm of Franke Schultz & Mullen, P.C.

At the Pretrial Conference, the Court considered separate defendant Metro Protective Services' Motion to Dismiss All Remaining Claims. After duly considering the Motion, statements of counsel and being fully advised in the premises, the Court finds that plaintiffs have failed to abide by the Court's Scheduling and Trial Order in that they have failed to file any documents prior to the Pretrial Conference as required by paragraph 13 of the Court's Scheduling and Trial Order.

NOW, for good cause shown, and being advised in the premises, the Court sustains separate defendant Metro Protective Services' Motion to Dismiss All Remaining Claims against separate defendant Metro Protective Services.

IT IS HEREBY ORDERED that all of plaintiffs' remaining claims in their Second Amended Complaint and causes of action are dismissed with prejudice for failing to prosecute and/or otherwise abide by the Court's Scheduling and Trial Order.

IT IS SO ORDERED.

        /s/ Gary A. Fenner
        GARY A. FENNER, JUDGE
        United States District Court

DATED:   January 25, 2006